**Fill in this information to identify the case:**

Debtor name __United Sporting Companies, Inc._____

United States Bankruptcy Court for the: _____  District of __Delaware__
(State)

Case number (If known): __19-11307_____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For prior year:** From _____ to _____<br>MM / DD / YYYY  MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $_____ |
   | **For the year before that:** From _____ to _____<br>MM / DD / YYYY  MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** From _____ to _____<br>MM / DD / YYYY  MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** From _____ to _____<br>MM / DD / YYYY  MM / DD / YYYY | _____ | $_____ |

Debtor   United Sporting Companies, Inc.                                   Case number (*if known*) 19-11307
         Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer  *Check all that apply* |
|---|---|---|---|
| 3.1. _____ Creditor's name  _____ Street  _____  _____ City    State    ZIP Code | _____  _____  _____ | $_____ | ☐ Secured debt  ☐ Unsecured loan repayments  ☐ Suppliers or vendors  ☐ Services  ☐ Other _____ |
| 3.2. _____ Creditor's name  _____ Street  _____  _____ City    State    ZIP Code | _____  _____  _____ | $_____ | ☐ Secured debt  ☐ Unsecured loan repayments  ☐ Suppliers or vendors  ☐ Services  ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ Insider's name  _____ Street  _____  _____ City    State    ZIP Code  **Relationship to debtor**  _____ | _____  _____  _____ | $_____ | _____  _____  _____ |
| 4.2. _____ Insider's name  _____ Street  _____  _____ City    State    ZIP Code  **Relationship to debtor**  _____ | _____  _____  _____ | $_____ | _____  _____  _____ |

Debtor    United Sporting Companies, Inc.    Case number (*if known*) 19-11307
         Name

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | Creditor's name and address | Description of the property | Date | Value of property |
   |---|---|---|---|
   | 5.1. Creditor's name / Street / City State ZIP Code | | | $ |
   | 5.2. Creditor's name / Street / City State ZIP Code | | | $ |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | Creditor's name / Street / City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

   | | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | See attached Rider 3.7 | | Name / Street / City State ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
   | | **Case number** | | | |
   | 7.2. | **Case title** | | **Court or agency's name and address** Name / Street / City State ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
   | | **Case number** | | | |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 3

Debtor   United Sporting Companies, Inc.
         Name

Case number (*if known*) 19-11307

## Part 3 (continued)

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

   | Custodian's name and address | Description of the property | Value |
   |---|---|---|
   | _____ Custodian's name | _____ | $_____ |
   | _____ Street | **Case title** | **Court name and address** |
   | _____ | _____ | _____ Name |
   | _____ City   State   ZIP Code | **Case number** | _____ Street |
   | | _____ | _____ |
   | | **Date of order or assignment** | _____ City   State   ZIP Code |
   | | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|
   | 9.1. _____ Recipient's name | _____ | _____ | $_____ |
   | _____ Street | _____ | | |
   | _____ | | | |
   | City   State   ZIP Code | | | |
   | **Recipient's relationship to debtor** | | | |
   | _____ | | | |
   | 9.2. _____ Recipient's name | _____ | _____ | $_____ |
   | _____ Street | _____ | | |
   | _____ | | | |
   | City   State   ZIP Code | | | |
   | **Recipient's relationship to debtor** | | | |
   | _____ | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
    |---|---|---|---|
    | _____ | _____ | _____ | $_____ |
    | _____ | | | |

Official Form 207         **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**         page **4**

Debtor  United Sporting Companies, Inc.  Case number (*if known*) 19-11307
      Name

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1. _____  _____  _____  $_____

**Address**

_____
Street

_____
City            State       ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2. _____  _____  _____  $_____

**Address**

_____
Street

_____
City            State       ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor  United Sporting Companies, Inc.  Case number (*if known*) 19-11307
        Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City  State  ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $ _____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City  State  ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | See attached Rider 7.14 | | From _____ | To _____ |
| | Street | | | |
| | City  State  ZIP Code | | | |
| 14.2. | _____ | | From _____ | To _____ |
| | Street | | | |
| | City  State  ZIP Code | | | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **6**

Debtor  United Sporting Companies, Inc.  Case number (*if known*) 19-11307
        Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City  State  ZIP Code | _____ _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ☒ Electronically ☒ Paper |
| 15.2. _____ Facility name _____ Street _____ City  State  ZIP Code | _____ _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained. Name, address, FEIN, Federal firearms license

Does the debtor have a privacy policy about that information?
☒ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?

  ☐ No. Go to Part 10.
  ☒ Yes. Fill in below:

  | Name of plan | Employer identification number of the plan |
  |---|---|
  | United Sporting 401(k) Plan | EIN: 5 7 – 0 9 5 7 0 6 9 |

  Has the plan been terminated?
  ☒ No
  ☐ Yes

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **7**

Debtor  United Sporting Companies, Inc.  Case number (*if known*) 19-11307
        Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name  _____ Street  _____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name  _____ Street  _____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name  _____ Street  _____ City   State   ZIP Code | _____ _____ _____  **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name  _____ Street  _____ City   State   ZIP Code | _____ _____ _____  **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

Debtor  United Sporting Companies, Inc.  
      Name

Case number (*if known*) 19-11307

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | _____<br>_____<br>_____ | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No  
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br>**Case number**<br>_____ | Name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No  
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | Name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | _____ |

Debtor  United Sporting Companies, Inc.
            Name                                                                              Case number (*if known*) 19-11307

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

25.1.
| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Ellett Brothers, LLC (Name) | Sale of sporting firearms | EIN: 5 7 – 0 9 5 7 0 6 9 |
| 267 Columbia Ave. (Street) | | **Dates business existed** |
| Chapin  SC  29036 (City State ZIP) | | From _____ To Present |

25.2.
| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| City  State  ZIP Code | | From _____ To _____ |

25.3.
| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| City  State  ZIP Code | | From _____ To _____ |

Debtor: United Sporting Companies, Inc.  
Case number (*if known*) 19-11307

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**26a.1.**
Name and address: See attached Rider 13.26.a  
Dates of service: From _____ To _____

**26a.2.**
Name and address: _____  
Dates of service: From _____ To _____

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**26b.1.**
Name: Elliott Davis Decosimo LLC  
Street: 1901 Main Street, Suite 900  
City: Columbia  State: SC  ZIP Code: 29201  
Dates of service: From 2004  To 2018

**26b.2.**
Name: Price Waterhouse Cooper  
Street: Captrust Tower, 4208 Six Forks Road  
City: Raleigh  State: NC  ZIP Code: 27609  
Dates of service: From 2002  To 2019

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**26c.1.**
Name: Michelle Burgess  
Street: 267 Columbia Ave., P.O. Box 128  
City: Chapin  State: SC  ZIP Code: 29036  
If any books of account and records are unavailable, explain why: _____

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 11

Debtor  United Sporting Companies, Inc.  
       Name

Case number (*if known*) 19-11307

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | See attached Rider 13.26.d<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code |
| 26d.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No  
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Various employees | Cycle - Weekly, Monthly & Quarterly | $ 0.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Michelle Burgess, Controller<br>Name<br>267 Columbia Ave<br>Street<br>Chapin   SC   29036<br>City   State   ZIP Code |

Debtor   United Sporting Companies, Inc.                                          Case number (*if known*) 19-11307
         Name

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
|  | _____ | _____ | $_____ |

|  | Name and address of the person who has possession of inventory records |
|---|---|
| 27.2. | _____ Name |
|  | _____ Street |
|  | _____ |
|  | City                                State      ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SportCo Holdings, Inc. | 267 Columbia Ave., Chapin, SC  29036 | Shareholder | 100% |
| Bradley P. Johnson | 267 Columbia Ave., Chapin, SC  29036 | CEO, Chairman of the Board |  |
| Jim McCrudden | 267 Columbia Ave., Chapin, SC  29036 | CFO |  |
| Alexander Carles | 267 Columbia Ave., Chapin, SC  29036 | Director |  |
| Justin Vorwerk | 267 Columbia Ave., Chapin, SC  29036 | Director |  |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
    ☑ No
    ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
    ☑ No
    ☐ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | _____ Name |  _____ | _____ | _____ |
|  | _____ Street |  | _____ |  |
|  | _____ |  | _____ |  |
|  | City                                State      ZIP Code |  |  |  |
|  | **Relationship to debtor** |  | _____ |  |
|  | _____ |  |  |  |

Debtor  United Sporting Companies, Inc.                           Case number (*if known*) 19-11307
        Name

**Name and address of recipient**

30.2  _____
      Name
      _____
      Street
      _____
      _____
      City            State       ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☑ No
    ☐ Yes. Identify below.

    | **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
    |---|---|
    | _____ | EIN: __ __ – __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☑ No
    ☐ Yes. Identify below.

    | **Name of the pension fund** | **Employer Identification number of the pension fund** |
    |---|---|
    | _____ | EIN: __ __ – __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07 / 24 / 2019
              MM / DD / YYYY

✗  /s/ Dalton Edgecomb                              Printed name  Dalton Edgecomb
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Official Form 207           **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**           page **14**

**United Sporting Companies, Inc.**                                                                                           Case Number: **19-11307**

**Part 3: Statement of Financial Affairs for Non-Individuals Filing for Legal Actions of Assignments**

7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits within 1 year before filing this case

| | CASE TITLE | CASE NUMBER | NATURE OF CASE | COURT OR AGENCY'S NAME AND ADDRESS | STATUS |
|---|---|---|---|---|---|
| 7.1 | Heckler and Koch, Inc. v. Ellett Brothers, LLC, United Sporting Companies, Inc. and Jerry's Sport Center | 3:19-cv-01137-JMC | Non-payment of goods received | United States District Court for the District of South Carolina, Collumbia Division | _X_Pending ___On appeal ___Concluded |
| 7.2 | Mericle 100 Capital, LLC v. United Sporting Companies, Inc. | 3:19-cv-00805-ARC | Breach of commercial lease | United States District Court for the Middle District of Pennsylvania | _X_Pending ___On appeal ___Concluded |
| 7.3 | MKS Supply LLC v. United Sporting Companies, Inc. | 3:19-cv-01381 | Breach of contract re payment for goods | In the Court of Common Pleas, Montgomery County Ohio Civil Division | __ Pending ___On appeal _X_Concluded |
| 7.4 | James Graff | 563-000260-001 | Plaintiff injured using product | UNSURE | _X_Pending ___On appeal ___Concluded |
| 7.5 | POLLAK, MICHAEL, Workers Comp | 005084-000061-WC-01 | EE Work Injury | Pennsylvania | __ Pending ___On appeal X Concluded |
| 7.6 | MCNALLY, JOHN, Workers Comp | 005084-000036-WC-01 | EE Work Injury | Texas | _X_Pending ___On appeal ___Concluded |
| 7.7 | SIMMS SHAZERRIAN, Workers Comp - Ind | 555-255366-001 | EE Work Injury | South Carolina | __ Pending ___On appeal _X_Concluded |
| 7.8 | MEGGETT SUZETTE, Workers Comp - Ind | 555-250897-001 | EE Work Injury | South Carolina | __ Pending ___On appeal X Concluded |
| 7.9 | GUY JUSTIN, Workers Comp - Med | 555-270247-001 | EE Work Injury | South Carolina | __ Pending ___On appeal X Concluded |
| 7.10 | JOHNSON BRADLEY P, Workers Comp - Med | 555-270600-001 | EE Work Injury | South Carolina | _X_Pending ___On appeal ___Concluded |
| 7.11 | BRIGHT RICKY, Workers Comp - Med | 555-269340-001 | EE Work Injury | South Carolina | __ Pending ___On appeal X Concluded |
| 7.12 | TRAPP TOSHAI, Workers Comp - Ind | 555-268756-001 | EE Work Injury | South Carolina | __ Pending ___On appeal X Concluded |
| 7.13 | HARMON SHACONDRIA, Workers Comp - Ind | 555-267772-001 | EE Work Injury | South Carolina | __ Pending ___On appeal _X_Concluded |
| 7.14 | MANTIK JERILYN, Workers Comp - Med | 555-267494-001 | EE Work Injury | Pennsylvania | __ Pending ___On appeal _X_Concluded |
| 7.15 | GALLMAN ANGELIA, Workers Comp - Ind | 555-264667-001 | EE Work Injury | South Carolina | _X_Pending ___On appeal ___Concluded |
| 7.16 | BUCCI LINDA, Workers Comp - Ind | 555-263734-001 | EE Work Injury | Pennsylvania | __ Pending ___On appeal X Concluded |
| 7.17 | LEGGETT LYNDLE, Workers Comp - Med | 572-033443-001 | EE Work Injury | Missouri | __ Pending ___On appeal _X_Concluded |
| 7.18 | TUCKER ROBERTA, Workers Comp - NOL | 555-260544-001 | EE Work Injury | Pennsylvania | _X_Pending ___On appeal ___Concluded |
| 7.19 | STRIBBLE LANDON, Workers Comp - Med | 555-260334-001 | EE Work Injury | South Carolina | __ Pending ___On appeal X Concluded |
| 7.20 | BARRETT TRACEY, Workers Comp - Med | 555-272560-001 | EE Work Injury | South Carolina | _X_Pending ___On appeal ___Concluded |
| 7.21 | YATES TYLER, Workers Comp - Med | 572-049400-001 | EE Work Injury | MIssouri | __ Pending ___On appeal _X_Concluded |
| 7.22 | HOGG PEGGY, Workers Comp - Ind | 555-270996-001 | EE Work Injury | South Carolina | _X_Pending ___On appeal ___Concluded |

**United Sporting Companies, Inc.**                                                    Case Number:   19-11307

**Part 7: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Previous Locations**

14. Previous addresses

| | Address 1 | Address 2 | City | State | Zip | Dates of Occupancy From | To |
|---|---|---|---|---|---|---|---|
| 14.1 | 150 E. Pennsylvania Ave., Suite 530 | | Downington | PA | 19335 | January-06 | May-19 |
| 14.2 | 5935 Granite Lake Dr., Suite 120 | | Granite Bay | CA | 95746 | May-11 | April-18 |
| 14.3 | Commerce Park | 8432 Sterling Street Suite 10: | Irving | TX | 75063 | April-13 | May-19 |
| 14.4 | Center Point Park | 100 Capital Road | Jenkins Township | PA | 18640 | May-11 | April-19 |
| 14.6 | 967 Watertower Lane | | Dayton | OH | 45449 | November-09 | September-18 |
| 14.8 | 417 Great Oak Drive | | Waite Park | MN | 56387 | June-18 | April-19 |
| 14.9 | 3015 South 1030 West | | Salt Lake City | UT | 84119 | June-18 | June-19 |
| 14.10 | 5540 Falmouth Street | Suite 307 | Richmond | VA | 23230 | October-14 | June-18 |

| | United Sporting Companies, Inc. | | Case Number: | 19-11307 |
|---|---|---|---|---|

**Part 13:** Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
Details About the Debtor's Business or Connections to Any Business

26. Books, records, and financial statements

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing the case

| | Name | Address | Begin Date of Service | End Date of Service |
|---|---|---|---|---|
| 26a.1 | Michelle Burgess | 267 Columbia Ave., P.O. Box 128<br>Chapin, SC  29036 | Sept. 2017 | Present |
| 26a.2 | Mark Winter | 267 Columbia Ave., P.O. Box 128<br>Chapin, SC  29036 | March 2002 | Feb. 2019 |
| 26a.3 | Mark Ellenwood | 267 Columbia Ave., P.O. Box 128<br>Chapin, SC  29036 | May 2017 | Present |
| 26a.4 | Janna Brown | 267 Columbia Ave., P.O. Box 128<br>Chapin, SC  29036 | July 2012 | Present |
| 26.a.5 | Lamont Deter | 267 Columbia Ave., P.O. Box 128<br>Chapin, SC  29036 | March 2009 | February 2018 |

| United Sporting Companies, Inc. | Case Number: 19-11307 |
|---|---|

**Part 13: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Details About the Debtor's Business or Connections to Any Business

26. Books, records, and financial statements

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case

| | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| 26d.1 | Vista Outdoors | via email | | | | |
| 26d.2 | Freedom Group | via email | | | | |
| 26d.3 | Coface | via email | | | | |
| 26d.4 | Sturm Ruger | via email | | | | |
| 26d.5 | Prospect Capital | via email | | | | |
| 26d.6 | Summit Partners | via email | | | | |
| 26d.7 | Bank of America | via email | | | | |
| 26d.8 | Regions Bank | via email | | | | |
| 26d.9 | Wells Fargo | via email | | | | |
| 26d.10 | Smith & Wesson | via email | | | | |
| 26d.11 | Equity Risk Partners | via email | | | | |