**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SPORTCO HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11299 (JKS)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 818-821** |

## FINAL DECREE CLOSING CHAPTER 11 CASE

Upon consideration of the *Trustee's Amended Motion for Entry of a Final Decree Closing Chapter 11 Case and Granting Related Relief* (the "Motion"); and this Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court having found that the notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and this Court having reviewed the Motion and any objections thereto; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing on the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355), and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC 29036.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. § 350, the Chapter 11 Case is hereby closed and a final decree is granted effective as of the date hereof; provided, however, that this Court shall retain jurisdiction as provided for in the Plan.

3. The Trustee is authorized to (a) make final distributions of any remaining funds on hand with the right to make final distributions reserved, in accordance with the terms of the Plan and Confirmation Order; and (b) within thirty (30) days of entry of this Order, pay court fees and all fees required under 28 U.S.C. § 1930(a)(6) owing in the Chapter 11 Case, as well as file and serve all post-confirmation reports due, if any.

4. This Order is without prejudice to any party's right to re-open any case or cases.

5. The Trustee is authorized and empowered, and may in his discretion and without further delay, take any action and perform any act necessary to implement and effectuate the terms of this Order.

6. Upon completion of the items referred to in paragraph 3 above, the Trustee shall file a Notice (the "Notice") reflecting the completion of Outstanding Litigation (as defined in the Motion) and the amount of any final distributions made, and, thereafter, absent a motion to reopen the case and challenging the relief sought herein filed within thirty (30) days of the docketing the Notice, the Debtors, the Trustee, his predecessors, successors, affiliates, officers, directors, agents, attorneys, advisors and other representatives shall (a) have complied with all of their obligations regarding the Plan, (b) be fully and finally released and discharged of and from any duties, obligations, accountings or other matters of any nature with respect to the Plan, and (c) have no further responsibilities or obligations in connection with the Plan.

7. The Clerk of Court shall accept for filing on the docket of Sportco Holdings, Inc., Case No. 19-11299, without the requirements that the Trustee seek to reopen the case, a Notice submitted in accordance with this Order.

8. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Dated: March 31st, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

3